**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANDRA MORAES, | No. 15-71828 |
| Petitioner, | Agency No. A200-041-932 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an
Immigration Judge's Decision

Submitted September 12, 2018**

Before:    LEAVY, HAWKINS, and TALLMAN, Circuit Judges.

Sandra Moraes, a native and citizen of Brazil, petitions for review of an

immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that she did

not have a reasonable fear of persecution or torture in Brazil, and thus is not

entitled to relief from her reinstated removal order. We have jurisdiction under 8

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1252.  We review for substantial evidence the IJ's factual findings. *Andrade-Garcia v. Lynch*, 828 F.3d 829, 833 (9th Cir. 2016).  We deny the petition for review.

Substantial evidence supports the IJ's determination that Moraes failed to demonstrate a reasonable possibility of persecution on account of a protected ground.  *See Pagayon v. Holder*, 675 F.3d 1182, 1191 (9th Cir. 2011) (a personal dispute, standing alone, does not constitute persecution based on a protected ground).

Substantial evidence also supports the IJ's determination that Moraes failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Brazil.  *See Andrade-Garcia*, 828 F.3d at 836-37.

**PETITION FOR REVIEW DENIED.**